**Opinion filed April 28, 2011**



# In The

# Eleventh Court of Appeals

_____

## No. 11-11-00043-CV
_____

## MELISSA R. YOUNG

## V.

## CITIBANK (SOUTH DAKOTA) N.A.

**On Appeal from the County Court at Law No. 2**

**Midland County, Texas**

**Trial Court Cause No. CC15345**

## MEMORANDUM OPINION

This is an appeal from a final summary judgment. The trial court signed the judgment on January 4, 2011. Appellant, Melissa R. Young, has timely filed a notice of appeal. However, neither a clerk's record nor the required filing fee has been filed. We dismiss the appeal for want of prosecution.

The clerk of the trial court has notified this court that appellant has neither filed a written designation specifying the matters to be included in the clerk's record nor made arrangements to pay for the clerk's record. On March 9, 2011, the clerk of this court wrote appellant and requested that she forward proof that she has filed a designation of the clerk's record and made

arrangements to pay for the clerk's record by March 21, 2011. The clerk's letter of March 9, 2011, additionally informed appellant that the failure to provide the requested proof by the date indicated could result in the dismissal of this appeal. There has been no response to the clerk's letter of March 9, 2011.

The failure to file the clerk's record appears to be due to appellant's acts and omissions. Therefore, pursuant to TEX. R. APP. P. 37.3(b) and 42.3(b), the appeal is dismissed for want of prosecution.

PER CURIAM

April 28, 2011

Panel[1] consists of:  Wright, C.J.,
McCall, J., and Hill, J.[2]

---

[1]Rick Strange, Justice, resigned effective April 17, 2011.  The justice position is vacant pending appointment of a successor by the governor.

[2]John G. Hill, Former Justice, Court of Appeals, 2nd District of Texas at Fort Worth, sitting by assignment.